**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory SCOTT, Defendant–Appellant.**

**No. 09–6649.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 2, 2010.

Gregory Scott, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Scott appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gregory,* No 5:97–cr–00133–H–5 (E.D.N.C. Apr. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*